# ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2007 FEB 16  A 8: 53
CLERK _BMcCarthy_
S.D.IST. OF GA.

| | |
|---|---|
| REY DENZO KAZEMI, | ) |
| Petitioner, | ) |
| v. | ) CV 306-094 |
| MICHAEL PUGH, Warden, | ) |
| Respondent. | ) |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Petitioner's 28 U.S.C. § 2241 petition is **DISMISSED**, this civil action shall be **CLOSED**, and a final judgment shall be **ENTERED** in favor of Respondent.

SO ORDERED this 16th day of February, 2007, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE